AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-cr-00035 |
|---|---|---|
| v. | ) | Assigned to: Judge Sullivan, Emmet G. |
| | ) | Assign Date: 8/4/2021 |
| Ronald Colton McAbee | ) | Description: INDICTMENT (B) |
| | ) | Related Case No: 21-cr-00035 (EGS) |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ronald Colton McAbee,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§ 111(a)(1) and (b), 2, (Assaulting, Resisting, or Impeding Certain Officers Inflicting Bodily Injury and Aiding and Abetting);
18 U.S.C. § 111(a)(1)(Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 231(a)(3)(Civil Disorder);
18 U.S.C. § 1752(a)(1) and (b)(1)(A)(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);
18 U.S.C. § 1752(a)(2) and (b)(1)(A)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);

Date: 08/05/2021

Robin M. Meriweather
2021.08.05 16:02:47 -04'00'
*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/17/2021, and the person was arrested on *(date)* 8/17/2021
at *(city and state)* Nashville, Tennessee.

Date: 8/17/2021

*Arresting officer's signature*

Matthew Acker FBI SA
*Printed name and title*

Case 3:21-mj-02956 Document 1 Filed 08/17/21 Page 1 of 1 PageID #: 1