MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL
PROCEEDINGS by VIDEOCONFERENCE

U.S.A. v. __Ronald McAbee_____, No. __21-mj-2956-1__

ATTORNEY FOR GOVERNMENT: __Josh Kurtzman_____

ATTORNEY FOR DEFENDANT: __Skip Gant_____ (AFPD)   Panel   Retained

PRETRIAL SERVICES/PROBATION OFFICER: __Douglas Murphy_____

INTERPRETER NEEDED?   YES   (NO)   LANGUAGE/INTERPRETER: _____
☐ PRESENT    ☐ ON TELEPHONE

☐ Defendant consents to Initial App. and ☑ All future hearings before the Magistrate Judge by video conference.

☐ INITIAL APPEARANCE   ☐ ON A SUMMONS   ☐ ARRESTED ON: _____
   DEFENDANT HAS A COPY OF:
   ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
   ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
   ☐ Defendant advised of right to counsel       ☐ Counsel retained
   ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed       ☐ FPD Appointed
   ☐ Defendant advised of right to silence
   ☐ Defendant advised of right to **Consular notification**
   ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing     ☐ Defendant waived preliminary hearing
   ☐ Government motion for detention                       ☐ Defendant temporarily detained
   ☐ Defendant waived detention hearing                    ☐ ICE detainer on defendant
   ☐ Defendant reserved right to hearing in future         ☐ Defendant to be returned to State custody
   ☐ Defendant to remain in Federal custody                ☐ Defendant waived rights under IAD
   ☐ Defendant remain on current conditions of supervised release
   ☐ Defendant ordered to psychological/psychiatric evaluation
   ☐ Defendant released on:
       ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
       ☐ Appearance bond in the amount of: _____
       ☐ Property bond [description of property]: _____
   ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
   ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
   ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ **GRAND JURY WAIVED IN OPEN COURT**       [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
   ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
   ☐ Defendant waives reading thereof        ☐ Indictment/Information read to defendant by Judge
   **PLEA:** ☐ GUILTY    ☐ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: __8.26.21__                TOTAL TIME: __1 hour, 2 minutes__
BEGIN TIME: __9:36am__           END TIME: __10:38am__
*Digitally Recorded*

Form Revised 2/9/2018                Page 1 of 2

Case 3:21-mj-02956   Document 8   Filed 08/26/21   Page 1 of 2 PageID #: 49

UNITED STATES OF AMERICA v. Ronald McAbee    NO. 3:21-Mj-2956-1

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☑ **PRELIMINARY HEARING**    **CONTINUED TO:** ~~9/3/21 at 1 pm via VTC~~
    ☐ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☑ **DETENTION HEARING**    **CONTINUED TO:** 9.3.21 at 1 pm via VTC.
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)