# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL
## PROCEEDINGS by VIDEOCONFERENCE

*Rule 5*

**U.S.A. v.** _Ronald M<Abee_ , **No.** _21-mj-2956_

**ATTORNEY FOR GOVERNMENT:** _Josh Kurtzman / Colleen Zukowski_

**ATTORNEY FOR DEFENDANT:** _Skip Gant_ (AFPD) Panel Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** _Douglas Murphy_

**INTERPRETER NEEDED?** YES NO **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ ON TELEPHONE

☒ **Defendant consents to** ~~Initial App~~ *Detention* **and** ☒ **All future hearings before the Magistrate Judge by video conference.**

☐ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☐ **ARRESTED ON:** _____

 DEFENDANT HAS A COPY OF:
 ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
 ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
 ☐ Defendant advised of right to counsel ☐ Counsel retained
 ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed ☐ FPD Appointed
 ☐ Defendant advised of right to silence
 ☐ Defendant advised of right to **Consular notification**
 ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
 ☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
 ☐ Government motion for detention ☐ Defendant temporarily detained
 ☐ Defendant waived detention hearing ☐ ICE detainer on defendant
 ☐ Defendant reserved right to hearing in future ☐ Defendant to be returned to State custody
 ☐ Defendant to remain in Federal custody ☐ Defendant waived rights under IAD
 ☐ Defendant remain on current conditions of supervised release  Written Waiver to be filed
 ☐ Defendant ordered to psychological/psychiatric evaluation
 ☐ Defendant released on:
   ☐ Own recognizance with conditions of release ☐ standard ☐ special
   ☐ Appearance bond in the amount of: _____
   ☐ Property bond [description of property]:_____
 ☐ **RULE 5** - Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
 ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
 ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
 ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:**_____

☐ **GRAND JURY WAIVED IN OPEN COURT** [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
 ☐ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
 ☐ Defendant waives reading thereof ☐ Indictment/Information read to defendant by Judge
 **PLEA:** ☐ **GUILTY** ☐ **NOT GUILTY** ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** _9-8-21_ **TOTAL TIME:** _2 hrs. + 29 min_
**BEGIN TIME:** _10:26_ **END TIME:** _12:55_
***Digitally Recorded***

Form Revised 2/9/2018

Page 1 of **2**

UNITED STATES OF AMERICA v. _Ronald McAbee_ NO. _21-mj-2956_

_Rule 5_

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☐ **PRELIMINARY HEARING**      **CONTINUED TO:** _____
    ☐ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☒ **DETENTION HEARING**      **CONTINUED TO:** _____
    ☐ Government withdrew motion for detention or agreed to release _to be_
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☒ Bond set at: _ORT Conditions_    ☒ Defendant released on [date]: _9-10-21 if no reversal_
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter    ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____
_____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)

Gov. move for a stay + will appeal

Order stayed until 5:00 pm Friday, Sept. 10