AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

RONALD MCABEE

**EXHIBIT AND WITNESS LIST**

Case Number: 21-mj-2956

| PRESIDING JUDGE  Mag. Judge Jeffrey S. Frensley | PLAINTIFF'S ATTORNEY  AUSA Josh Kurtzman | DEFENDANT'S ATTORNEY  AFPD Skip Gant |
|---|---|---|
| TRIAL DATE (S)  Det. Hrg. 8-26-21 | COURT REPORTER  digital recording | COURTROOM DEPUTY  Surabhi Morrisey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 8-26 | | | FBI S/A Matthew Acker |
| EA | | " | x | x | Collective Exhibit Videos 1 through 4 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages