AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
RONALD MCABEE

**EXHIBIT AND WITNESS LIST**

Case Number: 21-mj-2956

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mag. Judge Jeffrey S. Frensley | AUSA Josh Kurtzman | AFPD Skip Gant |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Det. Hrg. 9-8-21 | digital recording | Jeanne W. Cox |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ExB | | 9-8-21 | x | x | admitted thru proffer 96 pages of texts from Def. to Roberts - SEALED |
| ExC | | " | x | x | admitted thru proffer photo from texts of knife, knuckles, etc. - SEALED |
| ExD | | " | x | x | admitted thru proffer photo from texts of knives, gloves, etc. SEALED |
| ExE | | " | x | x | admitted thru proffer photo from texts of gloves in packaging SEALED |
| ExF | | " | x | x | admitted thru proffer McAbee texts with Uncle Eddie SEALED |
| ExG | | " | x | x | admitted thru proffer photo from Eddie texts, 2 men with news-SEALED |
| ExH | | " | x | x | admitted thru proffer photo from Eddie texts, man's head w/cut SEALED |
| | W1 | " | | | Sarah McAbee |
| | ExC | " | x | x | Character letter from Emily Gray  SEALED |
| | ExE | " | x | x | Character letter from Austin S. Hise  SEALED |
| | ExF | " | x | x | Character letter from Brittany Hillyer  SEALED |
| | ExG | " | x | x | Character letter from Austin B. Langley  SEALED |
| | ExH | " | x | x | Character letter from Nathan McMahan  SEALED |
| | ExI | " | x | x | Character letter from Angelo A. Nardone, Jr.  SEALED |
| | ExJ | " | x | x | Character letter from Det. Gregory M. Sims  SEALED |
| | ExK | " | x | x | Character letter from Ronnie Stockton  SEALED |
| | ExM | " | x | x | Character letter from Jennifer Wright  SEALED |
| | W2 | " | | | Kimberly Gray |
| | W3 | " | | | Philip Nelson |
| | W4 | " | | | David Dickson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Case 3:21-mj-02956   Document 14-2   Filed 09/08/21   Page 1 of 1 PageID #: 74